1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ELIAS AMARO, | Case No.: 1:20-cv-1589 JLT |
| Plaintiff, | ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, RICHARD ELIAS AMARO, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |
| Defendant. | |

On July 6, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 14.) The parties agree the prior administrative decision should be vacated and an ALJ shall issue a new decision. (*Id.* at 1.) Pursuant to the terms of the stipulation:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to reassess the medical source opinions in accordance with 20 C.F.R. § 416.927, including the opinion of Pauline Bonilla, Psy.D.; re-evaluate the mental residual functional capacity; re-assess whether the claimant can perform work that exists in significant numbers in the national economy given his RFC; and ask the vocational expert whether any jobs identified are consistent with the DOT in accordance with SSR 00-4p.

(*Id.* at 1-2.) Based upon the terms of the stipulation, the Court **ORDERS**:

1.     The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2.     The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Richard Elias

1    Amaro and against Defendant Andrew Saul, Commissioner of Social Security.

2

3  IT IS SO ORDERED.

4      Dated:   **July 6, 2021**              _____ **/s/ Jennifer L. Thurston**

5                                            CHIEF UNITED STATES MAGISTRATE JUDGE