# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ELIAS AMARO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-1589 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 17) |

On September 2, 2021, Richard Elias Amaro and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award of attorney's fees and expenses in the amount of $457.11 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 17)  Accordingly, the Court **ORDERS:** Subject to the terms of the stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $457.11 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **September 2, 2021**              /s/ Jennifer L. Thurston
                                   CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).